Case 3:05-cv-02392-MJJ   Document 6   Filed 07/08/2005   Page 1 of 3

1  JIM McCABE (CA SBN 104686)
   JAMES R. McGUIRE (CA SBN 189275)
2  RITA F. LIN (CA SBN 236220)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: 415-268-7000
   Facsimile: 415-268-7522
5
   Attorneys for Defendants
6  LEXISNEXIS GROUP; REED ELSEVIER, INC.;
   and SEISINT, INC.
7

**FILED**

JUL 1 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

E-filing

| | |
|---|---|
| MARK WITRIOL, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS GROUP, a corporation; REED ELSEVIER, INC., a corporation; and SEISINT, INC., a corporation,<br><br>Defendants. | Case No.   C05-02392 MJJ<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Hon. Martin J. Jenkins<br><br>Complaint filed: June 13, 2005 |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C05-02392 MJJ
sf-1961754

1    Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between plaintiff Mark
2  Witriol and defendants LexisNexis Group, Reed Elsevier, and Seisint, Inc., through their
3  respective attorneys, that the time by which defendants may plead or otherwise respond to the
4  operative complaint shall be extended to and include July 25, 2005.  There have been no previous
5  modifications of any deadlines in this case and the stipulated extension does not affect the initial
6  case management conference, currently scheduled for September 13, 2005.

Dated: July 8, 2005                               JIM McCABE
                                                  JAMES R. McGUIRE
                                                  RITA F. LIN
                                                  MORRISON & FOERSTER LLP


                                           By:    _____/s/_____
                                                  James R. McGuire

                                                  Attorneys for Defendants
                                                  LEXISNEXIS GROUP, a corporation;
                                                  REED ELSEVIER, INC., a
                                                  corporation; and SEISINT, INC., a
                                                  corporation

                                                  SCOTT COLE & ASSOCIATES, APC
                                                  HENN, ETZEL & MOORE


                                           By:    _____/s/_____
                                                  Clyde H. Charlton, Esq.

                                                  Attorneys for Plaintiff
                                                  MARK WITRIOL


    I hereby attest that I have on file all holograph signatures for any signatures indicated by
a "conformed" signature (/s/) within this e-filed document.

Dated: July 8, 2005                               MORRISON & FOERSTER LLP


                                           By:    _____/s/_____
                                                  James R. McGuire        IT IS SO ORDERED

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT          MARTIN J. JENKINS
Case No. C05-02392 MJJ                                      UNITED STATES DISTRICT JUDGE
sf-1961754
                                                            7/8/2005
                                                            DATE

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 8, 2005                    MORRISON & FOERSTER LLP

                                       By:    /s/
                                              James R. McGuire