1 JAMES F. McCABE (CA SBN 104686)
jmccabe@mofo.com
2 JAMES R. McGUIRE (CA SBN 189275)
jmcguire@mofo.com
3 RITA F. LIN (CA SBN 236220)
rlin@mofo.com
4 MORRISON & FOERSTER LLP
425 Market Street
5 San Francisco, California 94105-2482
Telephone: 415-268-7000
6 Facsimile: 415-268-7522

7 Attorneys for Defendants
LEXISNEXIS GROUP; REED ELSEVIER, INC.;
8 and SEISINT, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK WITRIOL, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS GROUP, a corporation; REED ELSEVIER, INC., a corporation; and SEISINT, INC., a corporation,<br><br>Defendants. | Case No. C05-02392 MJJ<br><br>**STIPULATION TO FILE AMENDED COMPLAINT; WITHDRAWAL OF PENDING MOTIONS**<br><br>Hon. Martin J. Jenkins<br>Granted |

STIPULATION TO FILE AMENDED COMPLAINT; WITHDRAWAL OF PENDING MOTIONS
Case No. C05-02392 MJJ
sf-1994580

Pursuant to Fed. R. Civ. P. 15, defendants LexisNexis Group, Reed Elsevier, and Seisint, Inc., through their attorneys, hereby consent to the filing of the Amended Complaint, attached hereto as Exhibit A. Filing and service of the Amended Complaint shall be deemed complete on September 20, 2005.

Pursuant to Local Rule 7-7(e), defendants LexisNexis Group, Reed Elsevier, and Seisint, Inc., withdraw their motion to dismiss the complaint currently set for hearing before the Court on September 27, 2005.

Pursuant to Local Rule 7-7(e), plaintiff Mark Witriol withdraws his motion for leave to amend the complaint currently set for hearing before the Court on September 27, 2005.

Dated: September 6, 2005

MORRISON & FOERSTER LLP

By: /s/ James R. McGuire
James R. McGuire

Attorneys for Defendants
LEXISNEXIS GROUP, a corporation;
REED ELSEVIER, INC., a corporation; and SEISINT, INC., a corporation

Dated: September 6, 2005

SCOTT COLE & ASSOCIATES, APC
HENN, ETZEL & MOORE

By: /s/ Clyde H. Charlton
Clyde H. Charlton

Attorneys for Plaintiff
MARK WITRIOL

IT IS SO ORDERED
Judge Martin J. Jenkins
9/7/2005

STIPULATION TO FILE AMENDED COMPLAINT; WITHDRAWAL OF PENDING MOTIONS
Case No. C05-02392 MJJ
sf-1994580

1