UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WITRIOL, | Case No.  CO5-02392 MJJ |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO TRANSFER CASES** |
| LEXISNEXIS GROUP, *et al* | GRANTED |
| Defendants. | Judge: Hon. Martin J. Jenkins<br>Complaint Filed: June 13, 2005 |

**WHEREAS,** Reed Elsivier, Seisent, and LexisNexis Group are defendants in two pending actions alleging, among other things, that defendants disclosed consumer reports and personal information about plaintiffs and proposed class members without their consent or authorization to third parties who lacked any permissible purpose for receiving and using such information:

1.    *Syran v. LexisNexis Group, et al,* United States District Court for the Southern District of California, Case No. 05-CV-0909 (LAB), filed April 28, 2005; and

2.    *Witriol v. LexisNexis Group, et al,* United States District Court for the Northern District of California, Case No. C05-02392 (MJJ), filed June 13, 2005.

**WHEREAS,** after meeting and conferring, the parties recognize that transfer of these two cases to one court may be appropriate because a) the two actions arise from a similar course of

1

sf-2180854

1   alleged events, b) the claims asserted in the two actions are premised on substantially similar

2   legal theories, c) absent transfer and consolidation there would be a substantial risk of

3   inconsistent and/or conflicting rulings related to the same putative class, and d) transfer would

4   promote efficiency and judicial economy related to anticipated extensive pretrial and trial

5   activities.

6            **WHEREFORE** the parties stipulate that these two cases should be transferred to one

7   court for all purposes, since they arise from the same or similar patterns of alleged conduct and

8   assert claims premised upon the same or similar factual allegations and legal theories.  Transfer

9   will promote the ends of justice by avoiding both duplicative discovery and the risk of an

10  inconsistent adjudication of rights and obligations.  Also, because the two cases address

11  allegations involving potential overlapping class claims, transfer is appropriate because it would

12  best serve the interests of the litigants, the absent class members (assuming certification is

13  granted), and the judiciary.

14           **WHEREFORE**, the parties recommend that the proceedings be heard in the Southern

15  District of California since the first filing (the *Syran* case) was in that District.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO TRANSFER CASES

sf-2180854

Dated: August 24, 2006

SCOTT EDWARD COLE
CLYDE H. CHARLTON
MATTHEW R. BAINER
SCOTT COLE & ASSOCIATES, A.P.C.

By _____
Scott Edward Cole

Attorneys for Plaintiff
MARK WITRIOL

Dated: August 23, 2006

JAMES F. McCABE
JAMES R. McGUIRE
RITA F. LIN
MORRISON & FOERSTER LLP

By _____
Rita F. Lin

Attorneys for Defendants
LEXISNEXIS GROUP, REED
ELSEVIER, INC., and SEISINT, INC.

************************

## ORDER

**GOOD CAUSE APPEARING,** it is ordered that *Witriol v. LexisNexis Group, et al.*
United States District Court for the Northern District of California, Case No. C05-02392 (MJJ) is
hereby transferred to the United States District Court for the Southern District of California with
*Syran v. LexisNexis Group, et al,* United States District Court for the Southern District of
California, Case No. 05-CV-0909 (LAB).

Dated: ___AUGUST 30___, 2006

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER TO TRANSFER CASES

sf-2180854